**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HUERTA, HERICA | § | Case No. 11-11244-BWB |
|     HUERTA, MAURICIO | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S DEARBORN STREET
  7TH FLOOR
  CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/19/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/19/2012        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                         Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: HUERTA, HERICA | § | Case No. 11-11244-BWB |
| HUERTA, MAURICIO | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,500.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,500.00 |
| **Balance on hand:** | $ 10,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,800.00 | 0.00 | 1,800.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 3,257.50 | 0.00 | 3,257.50 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 38.90 | 0.00 | 38.90 |
| Auctioneer Expenses - AMERICAN AUCTION ASSOCIATES, INC. | 746.93 | 0.00 | 746.93 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,843.33 |
| Remaining balance: | $ 4,656.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $     0.00
Remaining balance: $     4,656.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $     0.00
Remaining balance: $     4,656.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,769.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Citizens Auto Finance | 2,780.99 | 0.00 | 325.64 |
| 3 | Commerce Bank | 4,626.24 | 0.00 | 541.70 |
| 5 | American InfoSource LP as agent for WFNNB | 573.30 | 0.00 | 67.13 |
| 6 | Citibank, N.A. | 6,223.37 | 0.00 | 728.70 |
| 7 | BACK BOWL I LLC | 315.57 | 0.00 | 36.95 |
| 8 | World Financial Network National Bank | 468.87 | 0.00 | 54.90 |
| 9 | eCAST Settlement Corporation, assignee | 9,725.35 | 0.00 | 1,138.76 |
| 10 | eCAST Settlement Corporation, assignee | 4,243.80 | 0.00 | 496.91 |
| 11 | Nicor Gas | 221.34 | 0.00 | 25.92 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 13 | Commerce Bank | 4,626.24 | 0.00 | 541.69 |
| 14 | PYOD LLC its successors and assigns as assignee of | 5,964.30 | 0.00 | 698.37 |

Total to be paid for timely general unsecured claims:   $   4,656.67
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                     Case No. 11-11244-BWB
Herica Huerta                                              Chapter 7
Mauricio Huerta
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: tmaurer              Page 1 of 3        Date Rcvd: Sep 20, 2012
                            Form ID: pdf006            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2012.
db/jdb       +Herica Huerta,    Mauricio Huerta,    2736 Middleton Court,    Aurora, IL 60503-5417
17156539      American InfoSource LP as agent for WFNNB,     as assignee of,    Lane Bryant,    PO Box 248872,
               Oklahoma City, OK 73124-8872
16977039     +Chicago Legal LLC,    3833 S Harlem Ave,    Berwyn, IL 60402-3925
16977040     +Citi,   Box 6500,    Sioux Falls, SD 57117-6500
16977041     +Citi (South Dakota) NA,    P O Box 6241,    Sioux Falls, SD 57117-6241
16977043     +CitiMortgage Inc,    15851 Clayton Rd,    Ballwin, MO 63011-2211
17531685     +CitiMortgage, Inc.,    (ABN AMRO Mortgage Group, Inc.),    c/o Codilis and Associate, P.C.,
               15w030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
16977042      Citibank NA,   PO Box 769004,    San Antonio, TX 78245-9004
17187313     +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
17625748     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
17004519     +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
16977044      Citizens Automobile Finance,    PO Box 42002,    Providence, RI 02940-2002
17139540     +FPC Financial,f.s.b.,    PO Box 6600,    Johnston, IA 50131-6600
16977037     +Huerta Herica,    2736 Middleton Court,    Aurora, IL 60503-5417
16977038     +Huerta Mauricio,    2736 Middleton Court,    Aurora, IL 60503-5417
16977047      John Deere Credit,    P O Box 5327,    Madison, WI 53705-0327
17020696     +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
16977049      PNC Bank,   PO Box 5570,    Cleveland, OH 44101-0570
16977051     +Sears/Cbsd,    13200 Smith Road,    Cleveland, OH 44130-7856
16977052     +WFNNB/ Lane Bryant,    PO Box 182789,    Columbus, OH 43218-2789
16977053      WFNNB/New York & Co,    PO Box 659728,    San Antonio, TX 78265-9728
17408543      eCAST Settlement Corporation, assignee,     of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17245754     +E-mail/Text: bncmail@w-legal.com Sep 21 2012 03:10:15     BACK BOWL I LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16977045      E-mail/Text: bankruptcy@commercebank.com Sep 21 2012 02:52:46     Commerce Bank,    PO Box 806000,
               Kansas City, MO 64180-6000
17056120      E-mail/Text: bankruptcy@commercebank.com Sep 21 2012 02:52:46     Commerce Bank,    P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
16977048     +E-mail/Text: bankrup@nicor.com Sep 21 2012 01:40:18     Nicor,    P O Box 8350,
               Aurora, IL 60507-8577
17531438     +E-mail/Text: bankrup@nicor.com Sep 21 2012 01:40:18     Nicor Gas,    Po Box 549,
               Aurora IL 60507-0549
18127900     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2012 01:39:58
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
16977050      E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2012 03:04:14     Sams Club/GEMB,    PO Box 530942,
               Atlanta, GA 30353-0942
17320553      E-mail/Text: bnc-alliance@quantum3group.com Sep 21 2012 02:52:44
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17776362*      Commerce Bank,   P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
17408544*      eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
                New York, NY 10087-9262
16977046    ##+GEMB Lending,   PO Box 57091,   Irvine, CA 92619-7091
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: tmaurer              Page 2 of 3            Date Rcvd: Sep 20, 2012
                               Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2012**                             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3               Date Rcvd: Sep 20, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2012 at the address(es) listed below:

```
          Ariane   Holtschlag    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com
          Cari A Kauffman    on behalf of Creditor   CITIMORTGAGE INC. ND-Four@il.cslegal.com
          David E Grochocinski    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David P Lloyd    on behalf of Trustee Thomas Sullivan courtdocs@davidlloydlaw.com
          Karen   Walin    on behalf of Debtor Herica Huerta kwalin@chicagolegalllc.com,
           cdwalin@comcast.net;nvargas@gtprocessing.com;clifford7285@att.net;smarrero@chicagolegalllc.com
          Kathleen M. McGuire    on behalf of Trustee Thomas Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Monette W Cope    on behalf of Creditor   Citizens Automobile Finance Inc. ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@innovalaw.com,  IL19@ecfcbis.com
                                                                                             TOTAL: 9
```