# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: HUERTA, HERICA | § | Case No. 11-11244-BWB |
| HUERTA, MAURICIO | § | |
|  | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,000.00
*(without deducting any secured claims)*

Assets Exempt: $29,200.00

Total Distribution to Claimants: $5,206.67

Claims Discharged
Without Payment: $29,936.46

Total Expenses of Administration: $5,293.33

3) Total gross receipts of $ 10,500.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $261,823.38 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,843.33 | 5,293.33 | 5,293.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 39,769.37 | 35,143.13 | 5,206.67 |
| **TOTAL DISBURSEMENTS** | $0.00 | $307,436.08 | $40,436.46 | $10,500.00 |

4) This case was originally filed under Chapter 7 on July 11, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/12/2012_____    By: _/s/THOMAS B. SULLIVAN, TRUSTEE___
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 VOLVO BNL | 1129-000 | 5,750.00 |
| 2007 HARLEY DAVIDSON | 1129-000 | 4,750.00 |
| **TOTAL GROSS RECEIPTS** | | $10,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PNC BANK | 4110-000 | N/A | 41,232.57 | 0.00 | 0.00 |
| 4 | FPC Financial,f.s.b. | 4110-000 | N/A | 2,698.37 | 0.00 | 0.00 |
| 12 | CitiMortgage, Inc. | 4110-000 | N/A | 217,892.44 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $261,823.38 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| INNOVALAW, PC | 3110-000 | N/A | 3,257.50 | 2,707.50 | 2,707.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INNOVALAW, PC | 3120-000 | N/A | 38.90 | 38.90 | 38.90 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 746.93 | 746.93 | 746.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,843.33 | $5,293.33 | $5,293.33 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Citizens Auto Finance | 7100-000 | N/A | 2,780.99 | 2,780.99 | 412.02 |
| 3 | Commerce Bank | 7100-000 | N/A | 4,626.24 | 4,626.24 | 685.41 |
| 5 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 573.30 | 573.30 | 84.94 |
| 6 | Citibank, N.A. | 7100-000 | N/A | 6,223.37 | 6,223.37 | 922.03 |
| 7 | BACK BOWL I LLC | 7100-000 | N/A | 315.57 | 315.57 | 46.75 |
| 8 | World Financial Network National Bank | 7100-000 | N/A | 468.87 | 468.87 | 69.47 |
| 9 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 9,725.35 | 9,725.35 | 1,440.87 |
| 10 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 4,243.80 | 4,243.80 | 628.74 |
| 11 | Nicor Gas | 7100-000 | N/A | 221.34 | 221.34 | 32.79 |
| 13 | Commerce Bank | 7100-000 | N/A | 4,626.24 | 0.00 | 0.00 |
| 14 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,964.30 | 5,964.30 | 883.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $39,769.37 | $35,143.13 | $5,206.67 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-11244-BWB | **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** HUERTA, HERICA | **Filed (f) or Converted (c):** 07/11/11 (c) |
| HUERTA, MAURICIO | **§341(a) Meeting Date:** 08/11/11 |
| **Period Ending:** 12/12/12 | **Claims Bar Date:** 12/07/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2736 MIDDLETON COURT, AURORA, IL | 204,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 2001 MITSUBISH MONTERO/1/2 INTEREST | 6,400.00 | 0.00 | | 0.00 | FA |
| 6 | 2003 VOLVO BNL | 8,500.00 | 7,000.00 | | 5,750.00 | FA |
| 7 | 2007 CHEVY SILVERADO | 12,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2007 HARLEY DAVIDSON | 6,900.00 | 1,500.00 | | 4,750.00 | FA |
| 9 | 2005 18' FOUR WINDS W/ VOLVO ENGINE | 12,000.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets   Totals** (Excluding unknown values) | **$251,700.00** | **$8,500.00** | | **$10,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ATTEMPTING TO LIQUIDATE VEHICLES

**Initial Projected Date Of Final Report (TFR):**   March 31, 2012      **Current Projected Date Of Final Report (TFR):**   June 30, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-11244-BWB | |
| **Case Name:** | HUERTA, HERICA | |
| | HUERTA, MAURICIO | |
| **Taxpayer ID #:** | **-***0504 | |
| **Period Ending:** | 12/12/12 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******24-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/09/12 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF HARLEY & VOLVO TRACTOR | | | 10,500.00 | | 10,500.00 |
| | {8} | | SALE OF HARLEY | 4,750.00 | 1129-000 | | | 10,500.00 |
| | {6} | | SALE OF VOLVO TRACTOR | 5,750.00 | 1129-000 | | | 10,500.00 |
| 10/23/12 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,800.00, Trustee Compensation;  Reference: | | 2100-000 | | 1,800.00 | 8,700.00 |
| 10/23/12 | 102 | INNOVALAW, PC | Dividend paid 100.00% on $2,707.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 2,707.50 | 5,992.50 |
| 10/23/12 | 103 | INNOVALAW, PC | Dividend paid 100.00% on $38.90, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 38.90 | 5,953.60 |
| 10/23/12 | 104 | AMERICAN AUCTION ASSOCIATES, INC. | Dividend paid 100.00% on $746.93, Auctioneer for Trustee Expenses;  Reference: | | 3620-000 | | 746.93 | 5,206.67 |
| 10/23/12 | 105 | Citizens Auto Finance | Dividend paid  13.09% on $2,780.99; Claim# 1 -2; Filed: $2,780.99; Reference: | | 7100-000 | | 364.09 | 4,842.58 |
| 10/23/12 | 106 | Commerce Bank | Dividend paid  13.09% on $4,626.24; Claim# 3; Filed: $4,626.24; Reference:<br>Voided on 10/31/12 | | 7100-000 | | 605.67 | 4,236.91 |
| 10/23/12 | 107 | American InfoSource LP as agent for WFNNB | Dividend paid  13.09% on $573.30; Claim# 5; Filed: $573.30; Reference: | | 7100-000 | | 75.06 | 4,161.85 |
| 10/23/12 | 108 | Citibank, N.A. | Dividend paid  13.09% on $6,223.37; Claim# 6; Filed: $6,223.37; Reference: | | 7100-000 | | 814.77 | 3,347.08 |
| 10/23/12 | 109 | BACK BOWL I LLC | Dividend paid  13.09% on $315.57; Claim# 7; Filed: $315.57; Reference: | | 7100-000 | | 41.31 | 3,305.77 |
| 10/23/12 | 110 | World Financial Network National Bank | Dividend paid  13.09% on $468.87; Claim# 8; Filed: $468.87; Reference: | | 7100-000 | | 61.39 | 3,244.38 |
| 10/23/12 | 111 | eCAST Settlement Corporation, assignee | Dividend paid  13.09% on $9,725.35; Claim# 9; Filed: $9,725.35; Reference: | | 7100-000 | | 1,273.26 | 1,971.12 |
| 10/23/12 | 112 | eCAST Settlement Corporation, assignee | Dividend paid  13.09% on $4,243.80; Claim# 10; Filed: $4,243.80; Reference: | | 7100-000 | | 555.61 | 1,415.51 |
| 10/23/12 | 113 | Nicor Gas | Dividend paid  13.09% on $221.34; Claim# 11; Filed: $221.34; Reference: | | 7100-000 | | 28.98 | 1,386.53 |
| 10/23/12 | 114 | Commerce Bank | Dividend paid  13.09% on $4,626.24; Claim# 13; Filed: $4,626.24; Reference: | | 7100-000 | | 605.67 | 780.86 |
| 10/23/12 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid  13.09% on $5,964.30; Claim# 14; Filed: $5,964.30; Reference: | | 7100-000 | | 780.86 | 0.00 |
| 10/31/12 | 106 | Commerce Bank | Dividend paid  13.09% on $4,626.24; Claim# 3; Filed: $4,626.24; Reference:<br>Voided: check issued on 10/23/12 | | 7100-000 | | -605.67 | 605.67 |

| | | | Subtotals : | | | $10,500.00 | $9,894.33 | |

{} Asset reference(s)

Printed: 12/12/2012 09:25 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-11244-BWB |
| **Case Name:** | HUERTA, HERICA |
| | HUERTA, MAURICIO |
| **Taxpayer ID #:** | **-***0504 |
| **Period Ending:** | 12/12/12 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******24-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/12 | 116 | Citizens Auto Finance | Dividend paid  14.81% on $2,780.99; Claim# 1 -2; Filed: $2,780.99; Reference: | 7100-000 | | 47.93 | 557.74 |
| 11/05/12 | 117 | Commerce Bank | Dividend paid  14.81% on $4,626.24; Claim# 3; Filed: $4,626.24; Reference: | 7100-000 | | 79.74 | 478.00 |
| 11/05/12 | 118 | American InfoSource LP as agent for WFNNB | Dividend paid  14.81% on $573.30; Claim# 5; Filed: $573.30; Reference: | 7100-000 | | 9.88 | 468.12 |
| 11/05/12 | 119 | Citibank, N.A. | Dividend paid  14.81% on $6,223.37; Claim# 6; Filed: $6,223.37; Reference: | 7100-000 | | 107.26 | 360.86 |
| 11/05/12 | 120 | BACK BOWL I LLC | Dividend paid  14.81% on $315.57; Claim# 7; Filed: $315.57; Reference: | 7100-000 | | 5.44 | 355.42 |
| 11/05/12 | 121 | World Financial Network National Bank | Dividend paid  14.81% on $468.87; Claim# 8; Filed: $468.87; Reference: | 7100-000 | | 8.08 | 347.34 |
| 11/05/12 | 122 | eCAST Settlement Corporation, assignee | Dividend paid  14.81% on $9,725.35; Claim# 9; Filed: $9,725.35; Reference: | 7100-000 | | 167.61 | 179.73 |
| 11/05/12 | 123 | eCAST Settlement Corporation, assignee | Dividend paid  14.81% on $4,243.80; Claim# 10; Filed: $4,243.80; Reference: | 7100-000 | | 73.13 | 106.60 |
| 11/05/12 | 124 | Nicor Gas | Dividend paid  14.81% on $221.34; Claim# 11; Filed: $221.34; Reference: | 7100-000 | | 3.81 | 102.79 |
| 11/05/12 | 125 | PYOD LLC its successors and assigns as assignee of | Dividend paid  14.81% on $5,964.30; Claim# 14; Filed: $5,964.30; Reference: | 7100-000 | | 102.79 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,500.00 | 10,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,500.00 | 10,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,500.00** | **$10,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******24-66** | **10,500.00** | **10,500.00** | **0.00** |
| | **$10,500.00** | **$10,500.00** | **$0.00** |